JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARITA R., <br>        Plaintiff <br>     v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>        Defendant. | Case No. 2:22-cv-03828-GJS <br><br> **JUDGMENT** |

    Pursuant to the Court's Memorandum Opinion and Order,

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is AFFIRMED and this action is DISMISSED WITH PREJUDICE.

DATED:  July 25, 2023

                                                   _____
                                                   GAIL J. STANDISH
                                                   UNITED STATES MAGISTRATE JUDGE